**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**

United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 22, 2023
Nathan Ochsner, Clerk

In Re: Chenab Traders, LLC

**Debtor(s)**

Case No.: 23–32023

Chapter: 7

### ORDER CLOSING CASE

The estate has been fully administered. Therefore, the Court orders:

1. Eva S Engelhart is discharged as trustee of the estate.

2. The Trustee's bond is cancelled.

3. The case is closed.

Signed and Entered on Docket: 8/22/23

_____
Jeffrey P. Norman
United States Bankruptcy Judge